**In the Matter of Frederick S. SCHOFIELD, III.**

**No. 289 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 24, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of February, 1997, Frederick S. Schofield, III, having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated September 25, 1996; the said Frederick S. Schofield, III, having been directed on December 18, 1996, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Frederick S. Schofield, III, is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**In the Matter of Philip VALENTINO, Jr.**

**No. 306 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 24, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of February, 1997 the Petition to Temporarily Suspend an Attorney is granted and, pursuant to Rule 214, Pa.R.D.E., Philip Valentino, Jr. is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.